IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENT OAK TOWNHOUSES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:16-CV-01310-FB |
| PELEUS INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Bent Oak Townhouses, Inc. and Defendant Peleus Insurance Company (collectively, the "Parties") respectfully notify the Court that they have reached a settlement in this matter. The Parties are working to fully document the settlement and intend to file a joint motion to dismiss all claims asserted in this action within forty-five (45) days of this Joint Notice. The Parties thus respectfully request that the Court defer all further action in this matter until that time.

Respectfully submitted,

**MCCLENNY MOSELY & ASSOCIATES, PLLC**

By: */s/ James M. McClenny*
    James M. McClenny
    Texas Bar No. 24091857
    james@mma-pllc.com
    J. Zachary Moseley
    Texas Bar No. 24092863
    zach@mma-pllc.com
    Kelley A. Seid
    Texas Bar No. 24102480
    kelley@mma-pllc.com

411 N. Sam Houston Pkwy E, Suite 200
Houston, TX  77060
Telephone:     713-334-6121
Facsimile:     713-322-5986

**COUNSEL FOR PLAINTIFF**

-and-

**ZELLE LLP**

By: */s/ James W. Holbrook, III*
    Steven J. Badger
    State Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Tyler J. McGuire
    tmcguire@zelle.com
    Texas Bar No. 24098080

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:     214-742-3000
Facsimile:     214-760-8994

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on March 24, 2017, in accordance with the Federal Rules of Civil Procedure as follows:

>James M. McClenny
>james@mma-pllc.com
>J. Zachary Moseley
>zach@mma-pllc.com
>Kelly A. Seid
>kelly@mma-pllc.com
>MCCLENNY MOSELEY & ASSOCIATES, PLLC
>411 N. Sam Houston Pkwy E, Suite 200
>Houston, Texas 77060
>Telephone:   713-334-6121
>Facsimile:   713-322-5986
>*Counsel for Plaintiff*

>>*/s/ James W. Holbrook, III*
>>James W. Holbrook, III