IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENT OAK TOWNHOUSES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:16-CV-01310-FB- |
| | § | JWP |
| PELEUS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Bent Oak Townhouses, Inc. ("Plaintiff") and Defendant Peleus Insurance Company ("Defendant") file this Joint Motion to Dismiss with Prejudice and respectfully state:

1.      Plaintiff and Defendant have resolved their dispute and, therefore, request that the Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit, with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff and Defendant jointly move this Court for an Order dismissing Plaintiff's claims and causes of action against Defendant, with prejudice to the refiling of same.

Respectfully submitted,

**MCCLENNY MOSELY & ASSOCIATES, PLLC**

By: _/s/ James M. McClenny_
  James M. McClenny
  Texas Bar No. 24091857
  james@mma-pllc.com
  J. Zachary Moseley
  Texas Bar No. 24092863
  zach@mma-pllc.com
  Kelley A. Seid
  Texas Bar No. 24102480
  kelley@mma-pllc.com

411 N. Sam Houston Pkwy E, Suite 200
Houston, TX  77060
Telephone: 713-334-6121
Facsimile: 713-322-5986

**COUNSEL FOR PLAINTIFF**

-and-

**ZELLE LLP**

By: _/s/ James W. Holbrook, III_
  Steven J. Badger
  State Bar No. 01499050
  sbadger@zelle.com
  James W. Holbrook, III
  Texas Bar No. 24032426
  jholbrook@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on March 28, 2017, in accordance with the Federal Rules of Civil Procedure as follows:

James M. McClenny
james@mma-pllc.com
J. Zachary Moseley
zach@mma-pllc.com
Kelly A. Seid
kelly@mma-pllc.com
MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Pkwy E, Suite 200
Houston, Texas 77060
Telephone:      713-334-6121
Facsimile:      713-322-5986
***Counsel for Plaintiff***

*/s/ James W. Holbrook, III*
James W. Holbrook, III