IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BENT OAK TOWNHOUSES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CIVIL ACTION NO. SA-16-CA-1310-FB |
| ) | |
| PELEUS INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. (Docket no. 12). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Dismiss With Prejudice (docket no. 12) is GRANTED such that any and all claims and causes of action plaintiff has asserted against defendant in this lawsuit are DISMISSED WITH PREJUDICE to the refiling of same. All costs of court and attorneys' fees shall be taxed to the party incurring same.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of April, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE