**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **BENT OAK TOWNHOUSES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NO. SA-16-CA-1310-FB** |
| | ) | |
| **PELEUS INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case.  Pursuant to the Order of Dismissal With Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the parties' Joint Motion to Dismiss With Prejudice (docket no. 12) is GRANTED such that any and all claims and causes of action plaintiff has asserted against defendant in this lawsuit are DISMISSED WITH PREJUDICE to the refiling of same. All costs of court and attorneys' fees shall be taxed to the party incurring same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of April, 2017.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE